SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>   vs.<br><br>Richard Cohen,<br><br>         Defendant | Case No. **11-cv-00105-MCE-EFB**<br><br>**ORDER RE: REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT** |

   IT IS HEREBY ORDERED THAT that the filing date of the joint status conference statement is continued for a period of ninety (90) days.  The parties joint status conference statement will be due no later than August 17, 2011.

Dated:  May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS

CONFERENCE STATEMENT

CIV: S-11-cv-00105-MCE-EFB - 1