1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL   scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 Scott N. Johnson          ) Case No. **2:11-cv-00105-MCE-EFB**
                             )
12          Plaintiff,       ) **ORDER RE: REQUEST FOR DISMISSAL**
                             )
13      vs.                  )
                             )
14 Richard Cohen,            )
                             )
15                           )
                             )
16          Defendant        )
                             )
17 _____    )

18

19     IT IS HEREBY ORDERED THAT this action is hereby

20 dismissed With Prejudice pursuant to Rule 41(a)(1) of the

21 Federal Rules of Civil Procedure.  The Clerk of Court is

22 hereby directed to close the file.

23 Dated: August 29, 2011

24                              _____
25                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
26

27

28

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00105-MCE-EFB - 1